*Eastern District, May 1831*

BENITE.
*vs.*
AUSTIVE.

By the laws of Spain prescription ran against a married woman during coverture for her pharaphernal rights

------------

*BENITE vs. AUSTIVE.*,

APPEAL FROM THE COURT OF THE PARISH AND CITY OF NEW-ORLEANS.

*Porter, J.,* delivered the opinion of the court.

The case is, in all respects, similar to that of the same plaintiff against *Alva*, just decided; and must receive a similar decision.

It is therefore ordered, adjudged, and decreed, that the judgment of the Parish Court be annulled, avoided, and reversed. And it is further ordered, adjudged, and decreed, that there be judgment for defendant, with costs in both courts.